552

of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Wm. F. Riley, Jr.,* for respondent.

No. 848. 169 BALES CONTAINING WOOL *v.* UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Carl E. Whitney* and *Francis C. Lowthorp* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, Clinton M. Hester,* and *Wilbur H. Friedman* for the United States.

No. 850. CHICAGO, ROCK ISLAND & PACIFIC RY. Co. *v.* SQUIRE, ADMINISTRATOR. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. John Barry, M. L. Bell, W. F. Dickinson, Thomas P. Littlepage,* and *W. R. Bleakmore* for petitioner. *Messrs. R. R. Bell, W. A. Ledbetter,* and *H. L. Stuart* for respondent.

No. 852. ST. LOUIS-SAN FRANCISCO RY. Co. ET AL. *v.* FINE. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Edward T. Miller, Harry P. Warner,* and *Cecil R. Warner* for petitioners. *Mr. David S. Partain* for respondent.

No. 868. ALBERT PICK-BARTH Co., INC. *v.* MITCHELL WOODBURY Co., INC., ET AL. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the